NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 919

IN RE JUNIPER NETWORKS, INC. and JUNIPER NETWORKS (US), INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 07-CV-0373, Magistrate Judge Charles Everingham, IV.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Upon consideration of Juniper Networks, Inc. et al.'s unopposed motion to voluntarily dismiss its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted. All other pending motions are denied as moot.

FOR THE COURT

JAN 0 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jonathan S. Kagan, Esq.
     Michael D. Rounds, Esq.
     Judge, USDC E.D. Tex.
     Clerk, USDC E.D. Tex.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 07 2010

JAN HORBALY
CLERK